1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  BENJAMIN D. GALLOWAY, Bar #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  ROBERTO CARLOS DE LA TORRE

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  NO. 2:13-mj-0068 CKD
                                    )
12           Plaintiff,             )  **STIPULATION TO EXTEND DATE FOR**
                                    )  **PRELIMINARY HEARING; ORDER**
13      v.                          )  **EXTENDING TIME**
                                    )
14 ROBERTO CARLOS DE LA TORRE,      )
                                    )  DATE:  April 9, 2013
15           Defendant.             )  TIME:  2:00 p.m.
                                    )  JUDGE: Hon. Edmund F. Brennan
16 _____  )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, DANIEL S. MCCONKIE, Assistant United States

20 Attorney, attorney for Plaintiff, BENJAMIN D. GALLOWAY, Assistant

21 Federal Defender, attorney for Defendant ROBERTO CARLOS DE LA TORRE,

22 that the preliminary hearing presently set for March 18, 2013 shall be

23 vacated and a new date for preliminary hearing shall be April 9, 2013

24 at 2:00 p.m.

25      The parties further agree, pursuant to Fed.R.Crim.Pro.5.1(c) and

26 (d), that this court should make a finding of good cause for the

27 extension and that in fact good cause is hereby shown.  Defense counsel

28 and the government have not had sufficient time to (1) finalize

necessary preparation for indictment, and (2) prepare for the preliminary hearing, and (3) finalize negotiations with the defendants and defense counsel about potential settlement of the case.

The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties stipulate that the interest of justice outweighs the interest of the public and the defendants in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b),(h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

All parties request the date of April 9, 2013 for the preliminary hearing in this case. The request for extending the date for preliminary hearing is at the specific request of the defendants and with the knowing and voluntary waiver of their Speedy Preliminary Hearing rights under the law. Good cause is thereby shown.

AGREED:

DATED: March 11, 2013         JOSEPH SCHLESINGER
                              Acting Federal Defender

                              /s/ Benjamin Galloway
                              BENJAMIN GALLOWAY
                              Assistant Federal Defender
                              Attorney for Defendant


DATED: March 11, 2013         BENJAMIN WAGNER
                              United States Attorney

                              /s/ Benjamin Galloway for
                              DANIEL S. MCCONKIE
                              Assistant U.S. Attorney
                              Attorney for Plaintiff

**O R D E R**

**GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED.** The date for preliminary hearing in this matter is hereby re-set for April 9, 2013 at 2:00 p.m.

DATED: March 11, 2013.

/s/ Allison Claire
HON. ALLISON CLAIRE
United States Magistrate Judge